ROBERT WHITNEY ET AL. *v.* JOAN BOTCHIS,
ADMINISTRATRIX (ESTATE OF JOSHUA
SCRIBNER), ET AL.
(AC 17167)

Foti, Lavery and Shea, Js.

Argued February 25—officially released March 24, 1998

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* EDDIE RODRIGUEZ
(AC 16548)

O'Connell, C. J., and Dupont and Healey, Js.

Argued February 23—officially released March 24, 1998

Per Curiam. The judgment is affirmed.

JEROME L. KLEIN ET AL. *v.* JOHN P. TESEI ET AL.
(AC 17082)

Spear, Hennessy and Sullivan, Js.

Argued February 24—officially released March 24, 1998

Per Curiam. The judgment is affirmed.